BERTHA CARROLL et al., Appellants and Respondents, *v.* THOMAS E. MURRAY, Jr., as Receiver of INTERBOROUGH RAPID TRANSIT COMPANY, Respondent and Appellant.

Submitted November 19, 1937; decided December 7, 1937.

*Frederick E. Klein, Solomon Hirschhorn* and *Samuel Block* for plaintiffs, appellants and respondents.

*A. L. Wilbur* and *James L. Quackenbush* for defendant, respondent and appellant.

Judgment of the Appellate Division and that of the Trial Term reversed and complaint dismissed, with costs in all courts. We can find no evidence of negligence. No opinion. (See 276 N. Y. 682.)

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Dissenting: RIPPEY, J.